UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARDY STAMPLEY, as Special Administrator of the Estate of LINNIE STAMPLEY, Deceased, | ) ) ) ) | FILED: SEPTEMBER 8, 2008 08CV5114 JUDGE KOCORAS MAGISTRATE JUDGE COLE |
| Plaintiff, | ) ) | MHN |
| v. | ) ) | |
| TUNJI, LADIPO, M.D., *et al*.., | ) ) ) | Formerly case No. 2008 L-006204, Circuit Court of Cook County, Illinois |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:  Clerk of the Court                 Alan C. Hoffman
     Circuit Court of Cook County       Alan C. Hoffman & Associates
     Richard J. Daley Center, Room 801  180 North LaSalle Street
     50 West Washington Street           Suite 3112
     Chicago, Illinois 60602            Chicago, Illinois 60601

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1.   On June 6, 2008, plaintiff Hardy Stampley, Special Administrator of the Estate of Linnie Stampley, Deceased, commenced the above civil action against Earl Frederick, Jr., M.D., and others, alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A.

2.      Pursuant to the provisions of 42 U.S.C. § 233(c), the Attorney General, by and through his duly authorized designee, has found and certified that for purposes of this case, Earl Frederick, Jr., M.D. is a federal employee who was acting within the scope of his employment with respect to the incidents referred to in the complaint.  *See* Certification attached as Exhibit B.

3.      Notice of removal may be filed without bond at any time before trial.  Trial has not yet been had in this action.

4.      Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendant, Earl Frederick, Jr., M.D..

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Earl Frederick, Jr., M.D..

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: s/ Patrick W. Johnson
> PATRICK W. JOHNSON
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-5327
> patrick.johnson2@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on September 8, 2008, to the following non-ECF filers:

| | |
|---|---|
| Alan C. Hoffman | Clerk of the Court |
| Alan C. Hoffman & Associates | Circuit Court of Cook County |
| 180 North LaSalle Street | Richard J. Daley Center, Room 801 |
| Suite 3112 | 50 West Washington Street |
| Chicago, Illinois 60601 | Chicago, Illinois 60602 |

/s Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327