# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5114 | **DATE** | 10/8/2008 |
| **CASE TITLE** | Stampley vs. Ladipo et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 10/8/2008.  By agreement of the parties, the United States of America is substituted for defendant Earl Frederick, Jr., M.D., only as to acts occurring on or after April 1, 2004 and, therefore, Dr. Frederick remains a defendant for any acts occurring before that date.  Amended motion [14] to dismiss the United States of America for failure to exhaust administrative remedies is granted without prejudice.  The remainder of this action is remanded to the Circuit Court of Cook County.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|